IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDY D. DAVID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-4013-CV-C-ODS |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

Pursuant to the Equal Access to Justice Act, and with no opposition from the Commissioner, Plaintiff's Motion for Attorney Fees (Doc. # 15) is granted. Plaintiff is awarded fees in the amount of $3,750.00. Pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), any debts Plaintiff owes to the United States Government may be offset against this award. The balance due shall be paid directly to her attorney.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 9, 2014      UNITED STATES DISTRICT COURT